the New York, Westchester & Boston Railway Company and another.

PER CURIAM. Motion granted, on condition that within 20 days appellant give a bond in the sum of $5,000 for the payment of the costs already taxed and the usual costs on appeal, as well as the sum alternatively directed to be paid for the purposes of the conveyance. If appellant shall neglect to give such bond, the motion is denied, with $10 costs. See, also, 160 App. Div. 907, 144 N. Y. Supp. 1116.

In re FOLEY. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) In the matter of the application of Charles Foley, an attorney and counselor at law, for an order fixing compensation in Matter of Estate of Margaret Kane, deceased.

PER CURIAM. Motion granted, on condition that on or before May 29, 1914, appellant perfect her appeal by serving a copy of the notice of appeal upon respondent personally, and executing and delivering a bond as provided in section 2577 of the Code of Civil Procedure, and serve the printed papers on such appeal, place the case on the calendar for the third Monday in June, 1914, and be ready for argument when reached; otherwise, motion denied, with $10 costs.

FOLEY et al. v. FITZGERALD et al. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Margaret Foley and others against John Fitzgerald and others.

PER CURIAM. Judgment modified, by striking out the provisions for the partition and sale of the Ninth street property, and by directing that the plaintiffs' costs awarded in the judgment be paid out of the proceeds of the sale of the lands described in the first cause of action, and, as so modified, the judgment is affirmed, with costs in this court and the trial court to the appellants against the plaintiffs. Held, that the evidence is too unsatisfactory to establish that the appellant Mary Fitzgerald held the title to the Ninth street property as trustee for her mother, or that her mother had any interest therein; and the findings of fact to that effect contained in the findings numbered 6, 8, and 9 are, together with the whole of the tenth, eleventh, and twelfth findings, hereby disapproved and stricken out.

In re FOOHEY. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) In the matter of the application of Timothy Foohey, as surviving member of the firm of Pollard, Goff & Co., for a peremptory writ of mandamus directed to Julius N. Shaw and others, as Commissioners for the Drainage of Low, Wet, Swamp Lands. No opinion. Order affirmed, with costs.

FOOKES v. UNION OIL CO. OF CALIFORNIA. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by John A. Fookes against the Union Oil Company of California. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

FOSSUME et al., Appellants, v. REQUA, Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by Finn L. Fossume and others against James M. Requa. W. C. Low, of New York City, for appellants. T. W. Morris, Jr., of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, P. J., and CLARKE, J., dissent.

FRAGNER, Respondent, v. FISCHEL, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) Action by Isaac Fragner against Harry Fischel. No opinion. Judgment and order unanimously affirmed, with costs. Leave to appeal to Court of Appeals denied, 147 N. Y. Supp. 1112. See, also, 141 App. Div. 869, 126 N. Y. Supp. 478; 147 N. Y. Supp. 1112.

FRAGNER v. FISCHEL. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Isaac Fragner against Harry Fischel. No opinion. Motion for leave to appeal (from 147 N. Y. Supp. 1112) to the Court of Appeals denied.

FRAGNER, Respondent, v. FISCHEL, Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by Isaac Fragner against Harry Fischel. No opinion. Motion granted, without costs, on condition that within 10 days the appellant deposit to the credit of this action the sum of $13,500. Settle order before the Presiding Justice. See, also, 147 N. Y. Supp. 1112.

FRANK v. ROWLAND & SHAFTO, Inc.; et al. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Adam Frank against Rowland & Shafto, Incorporated, and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 159 App. Div. 907, 144 N. Y. Supp. 1117.

FRANKEL v. MANHEIM et al. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Action by David Frankel against Jacob Manheim and others. No opinion. Application denied, with $10 costs. Order signed.

FRANKLIN UNION NO. 23, Inc., v. BERRY et al. (No. 5783.) (Supreme Court, Appellate Division, First Department. May 8, 1914.) Appeal from Special Term, New York County. Action by Franklin Union No. 23, Incorporated, against George L. Berry, individually and as president of the International Printing Pressmen and Assistants' Union of North America, and others. From so much of an order as denies a motion for an injunction, plaintiff appeals; and from the parts of the order which grant plaintiff an injunction, defendants